**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**MAURICE LATHAN,**

    Petitioner,

    v.                                   Case No. 2:11-cv-302

                                             **JUDGE ALGENON L. MARBLEY**

**WARDEN, SOUTHEASTERN**          **Magistrate Judge Kemp**
**CORRECTIONAL INSTITUTION,**

    **Respondent.**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 3, 2012 Opinion and Order, the Court ADOPTED the Report and Recommendation.  The petitioner's objections were OVERRULED.  This action is hereby DISMISSED.

Date:  **February 3, 2012**                         **James Bonini, Clerk**

                                                                 s/Betty L. Clark
                                                            Betty L. Clark/Deputy Clerk